**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cv-615-TPB-CPT | **DATE:** March 20, 2024 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **YU LUO** <br><br> v. <br><br> **THE PARTNERSHIP & UNINCORPORATED ORGANIZATIONS IN SCHEDULE A** | **PLAINTIFF COUNSEL:** <br> Robert DeWitty <br><br> **DEFENSE COUNSEL:** <br> N/A |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 1:29 - 1:54 p.m. <br> **TOTAL:** 25 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:**   MOTION HEARING re: TRO

Court hears from Plaintiff regarding motion for TRO (Doc. 13); addresses possible jurisdictional issues.

Plaintiff is directed to file an amended complaint and serve as appropriate.