# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| YU LUO,<br><br>        Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 8:24-cv-00615<br><br>**Judge Thomas P. Barber**<br><br>**Magistrate Judge Christopher P. Tuite** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant __WILDNUT__ (No. _2_), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 10 April 2024

Respectfully Submitted:

_/s/ Robert M. DeWitty_

Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
      admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on 10 April 2024 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty