UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| YU LUO,<br><br>    Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 8:24-cv-00615<br><br>**Judge Thomas P. Barber**<br><br>**Magistrate Judge Christopher P. Tuite** |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant __Binazon__ (No. _1_), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated  21 May 2024                    Respectfully Submitted:

                                   _/s/ Robert M. DeWitty_
                                   Robert M. DeWitty
                                   DeWitty and Associates
                                   Attorney, Plaintiff
                                   Email rmdewitty@dewittyip.com
                                        admin@dewittyip.com
                                   Tele: 202-571-7070
                                   Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on  21 May 2024  with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty